LUISE SQUIRE, Respondent, *v.* F. W. WOOLWORTH COMPANY, Appellant.

(Argued October 19, 1933; decided November 21, 1933.)

*Martin A. Schenck, Joseph S. Auerbach* and *Edward Cornell* for appellant.

*Sidney J. Feltenstein, Jerome A. Jacobs* and *Albert G. Silverman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: LEHMAN, J.